|  | Judge: | Hon. Marc L. Barreca |
|---|---|---|
|  | Chapter: | 7 |
|  | Hearing Date: | October 23, 2014 |
|  | Hearing Time: | 9:30 a.m. |
|  | Hearing Site: | 700 Stewart St, 7106 Seattle, WA 98101 |
|  | Response Date: | October 16, 2014 |

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In re: | Bankruptcy Case No. 14-12159 |
|---|---|
| KENNETH LORENZ | Adversary No. 14-1349 |
| KAREN LORENZ, | DECLARATION OF EDMUND J. WOOD IN SUPPORT OF TRUSTEE'S OBJECTION TO DEBTORS' MOTION TO DISMISS COMPLAINT |
| Debtors. | |
| EDMUND J. WOOD, solely in his capacity as the Chapter 7 Trustee of the estate of Kenneth and Karen Lorenz, | |
| Plaintiff, vs. | |
| KENNETH LORENZ and KAREN LORENZ, husband and wife and the marital community composed thereof, | |
| Defendants. | |

EDMUND J. WOOD declares under penalty of perjury under the laws of the State of Washington as set forth below.

1. I am over the age of 21 and am competent to make this declaration.

2. I am the Chapter 7 Trustee appointed in this matter.

3. Attached hereto as Exhibit 1 is a true and correct copy of an email exchange between Mr. Smoot and I dated April 10- April 13, 2014.

4. Attached hereto as Exhibit 2 is a true and correct copy of an email from Mr. Smoot to me, along with the attachments, dated April 22, 2014.

DECLARATION OF EDMUND J. WOOD IN SUPPORT OF
TRUSTEE'S OBJECTIO TO DEBTOR'S MOTION
TO DISMISS ADVERSARY PROCEEDING
Page 1

Wood & Jones, P.S.
303 N. 67th Street
Seattle WA 98103
(206)-6238-4382

Case 14-01349-MLB    Doc 11    Filed 10/16/14    Ent. 10/16/14 10:46:04    Pg. 1 of 13

5. Attached hereto as Exhibit 3 is a true and correct copy of an email exchange between Denice Moewes, Jeff Smoot, Marsha Honda (a legal assistant in our office) and myself.

Signed and dated this 16th day of October, 2014 at Seattle, Washington.

*/s/Edmund J. Wood*
Edmund J. Wood

DECLARATION OF EDMUND J. WOOD IN SUPPORT OF
TRUSTEE'S OBJECTIO TO DEBTOR'S MOTION
TO DISMISS ADVERSARY PROCEEDING
Page 2

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle WA 98103
(206)-6238-4382

Case 14-01349-MLB    Doc 11    Filed 10/16/14    Ent. 10/16/14 10:46:04    Pg. 2 of 13

# EXHIBIT "1"

**From:** ewood1 <ewood1@aol.com>
**To:** jeff <jeff@highpointlawgroup.com>
**Subject:** Re: Lorenz 14-12159
**Date:** Sun, Apr 13, 2014 1:28 pm

Jeff - I'm fine with that if you want to file a stip. for extension of the discharge date -- that would give more flexibility. The continuance would be to May 15th at 4:00 p.m.

Edmund J. Wood

303 N. 67th Street
Seattle WA 98103

Tel: (206) 623-4382
Fax: (206) 224-4895


-----Original Message-----
From: Jeff Smoot <jeff@highpointlawgroup.com>
To: ewood1 <ewood1@aol.com>
Sent: Thu, Apr 10, 2014 12:00 pm
Subject: Lorenz 14-12159

Ed,

Just so you are aware, Mr. Lorenz was diagnosed with myasthenia gravis shortly after the petition date, and has been hospitalized for the past five days due to difficulty breathing. He is supposed to be released today, and we will renew our efforts to get the balance of schedules completed and also to get the rule 4002 documents to you by next week.

This may be a case where I request a continuance of the 341 meeting, depending on his condition and our ability to get everything filed quickly. Is this a case where you would want to continue the 341 meeting since the balance of schedules are not due now until just a few days prior?

Jeffrey L. Smoot | Attorney
Highpoint Law Group|PLLC
5400 California Avenue SW, Suite D
Seattle, WA 98136
(206) 999-8375
www.highpointlawgroup.com

CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential or attorney-client protected information that may not be further distributed by any means without permission of the sender. If you are not the intended recipient, you are hereby notified that you are not permitted to read its content and that any disclosure, copying, printing, distribution or use of any of the information is prohibited. If you have received this email in error, please immediately notify the sender by return e-mail and delete the message and its attachments without saving in any manner.

Under IRS regulations, we must inform you that any U.S. tax advice contained in the body of this e-mail was not intended or written to be used, and cannot be used, by the recipient for the purpose of avoiding penalties that may be imposed under federal tax law. By regulation, a taxpayer cannot rely on professional advice to avoid federal tax penalties unless that advice is reflected in a comprehensive tax opinion that conforms to strict requirements.

# EXHIBIT "2"

**From:** Jeff Smoot <jeff@highpointlawgroup.com>
**To:** ewood1 <ewood1@aol.com>
**Subject:** Lorenz 14-12159
**Date:** Tue, Apr 22, 2014 10:13 am
**Attachments:** Agreed_Order_Continuing_341_Meeting_of_Creditors.pdf (116K), Order_Extending_Deadline_to_Object_to_Discharge.pdf (118K)

Ed,

Mr. Lorenz's condition hasn't improved, and we haven't been able to complete the balance of schedules, etc., so we would like to continue the 341 meeting and extend the discharge deadline as we previously discussed. Attached are proposed orders. Please let me know if you approve and, if so, I will submit these today with a second request to extend the deadline for filing the balance of schedules.

~Jeff

Jeffrey L. Smoot | Attorney
Highpoint Law Group|PLLC
5400 California Avenue SW, Suite D

Seattle, WA 98136
(206) 999-8375
www.highpointlawgroup.com

CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential or attorney-client protected information that may not be further distributed by any means without permission of the sender. If you are not the intended recipient, you are hereby notified that you are not permitted to read its content and that any disclosure, copying, printing, distribution or use of any of the information is prohibited. If you have received this email in error, please immediately notify the sender by return e-mail and delete the message and its attachments without saving in any manner.

Under IRS regulations, we must inform you that any U.S. tax advice contained in the body of this e-mail was not intended or written to be used, and cannot be used, by the recipient for the purpose of avoiding penalties that may be imposed under federal tax law. By regulation, a taxpayer cannot rely on professional advice to avoid federal tax penalties unless that advice is reflected in a comprehensive tax opinion that conforms to strict requirements.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON, SEATTLE DIVISION

In re:

KENNETH R. LORENZ; and
KAREN A. LORENZ

                Debtors.

No. 14-12159-MLB

**AGREED ORDER EXTENDING DEADLINE TO OBJECT TO DISCHARGE**

As evidenced by the signatures below, Edmund J. Wood, chapter 7 trustee, and Kenneth R. Lorenz and Karen A. Lorenz (the "Debtors"), agree to entry of this order extending the deadline to file objections to discharge pursuant to 11 U.S.C. § 727 in the above-captioned case.

Based on the foregoing,

IT IS HEREBY ORDERED THAT the deadline to file objections to the Debtors' discharge is hereby extended to and including August 25, 2014.

///END OF ORDER///

AGREED ORDER EXTENDING DEADLINE TO
OBJECT TO DISCHARGE - 1
{00162/Lorenz/.DOC}

HIGHPOINT LAW GROUP|PLLC
5400 CALIFORNIA AVENUE SW, SUITE D
SEATTLE, WA 98136-1501
PHONE 206 999-8375
E-mail highpointlawgroup@gmail.com

Case 14-01349-MLB    Doc 11    Filed 10/16/14    Ent. 10/16/14 10:46:04    Pg. 7 of 13

Presented by:

HIGHPOINT LAW GROUP PLLC

/s/ Jeffrey L. Smoot
Jeffrey L. Smoot, WSBA #39335
Attorneys for Debtors


Agreed as to form and content; notice of presentation waived:


_____
Edmund J. Wood, WSBA #3695
Chapter 7 Trustee

AGREED ORDER EXTENDING DEADLINE TO
OBJECT TO DISCHARGE - 2
{00162/Lorenz/.DOC}

HIGHPOINT LAW GROUP|PLLC
5400 CALIFORNIA AVENUE SW, SUITE D
SEATTLE, WA 98136-1501
PHONE 206 999-8375
E-mail highpointlawgroup@gmail.com

Case 14-01349-MLB    Doc 11    Filed 10/16/14    Ent. 10/16/14 10:46:04    Pg. 8 of 13

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON, SEATTLE DIVISION

In re:

KENNETH R. LORENZ; and
KAREN A. LORENZ

Debtors.

No. 14-12159-MLB

**AGREED ORDER CONTINUING 341 MEETING OF CREDITORS**

As evidenced by the signatures below, Edmund J. Wood, chapter 7 trustee, and Kenneth R. Lorenz and Karen A. Lorenz (the "Debtors"), agree to entry of this order continuing the 341 Meeting of Creditors.

Based on the foregoing,

IT IS HEREBY ORDERED THAT the 341 Meeting of Creditors is continued from April 24, 2014 at 2:30 p.m. to May 15, 2014 at 4:00 p.m.

///END OF ORDER///

AGREED ORDER EXTENDING DEADLINE TO
OBJECT TO DISCHARGE - 1
{00162/Lorenz/.DOC}

HIGHPOINT LAW GROUP|PLLC
5400 CALIFORNIA AVENUE SW, SUITE D
SEATTLE, WA 98136-1501
PHONE 206 999-8375
E-mail highpointlawgroup@gmail.com

Presented by:

HIGHPOINT LAW GROUP PLLC

_/s/ Jeffrey L. Smoot_
Jeffrey L. Smoot, WSBA #39335
Attorneys for Debtors

Agreed as to form and content; notice of presentation waived:

_____
Edmund J. Wood, WSBA #3695
Chapter 7 Trustee

AGREED ORDER EXTENDING DEADLINE TO
OBJECT TO DISCHARGE - 2
{00162/Lorenz/.DOC}

HIGHPOINT LAW GROUP|PLLC
5400 CALIFORNIA AVENUE SW, SUITE D
SEATTLE, WA 98136-1501
PHONE 206 999-8375
E-mail highpointlawgroup@gmail.com

Case 14-01349-MLB    Doc 11    Filed 10/16/14    Ent. 10/16/14 10:46:04    Pg. 10 of 13

# EXHIBIT "3"

**From:** Marsha Honda <marshahonda@aol.com>
**To:** Smoot <Smoot@OLES.com>
**Cc:** Dmoewes <Dmoewes@aol.com>; ewood1 <ewood1@aol.com>; tessmkent <tessmkent@aol.com>
**Subject:** Re: Lorenz
**Date:** Mon, Jul 28, 2014 1:41 pm
**Attachments:** 59Lorenz-2ndAgreedOrderExtendingDeadlinetoObjecttoDischarge.rtf (82K)

Mr. Smoot,

Attached is the proposed agreed order for your review. After consideration of Denice's current situation and review of the documents by the Trustee, Mr. Wood would ask that the agreed extension set the deadline to September 1st to "pad" for any unforeseen complications. Please do not hesitate to contact myself or Tess Kent at the number below, if you have any questions or concerns.

Marsha Honda
Legal Assistant
Wood & Jones, P.S.
303 N. 67th St.
Seattle, WA 98103-5209
(206) 623-4382     FAX: (206) 224-4895
see also Mr. Wood's trustee page at: http://www.trusteblogs.com/trusteewood.aspx

CONFIDENTIALITY NOTICE: This e-mail may contain information that is protected by the attorney-client and/or the attorney-work product privilege. It is intended only for the individual named above and the privileges are not waived by virtue of this having been sent by e-mail. If you are not the intended recipient ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. If you have received this communication in error, please immediately notify us by return e-mail or telephone at the e-mail address or telephone number listed above and destroy this transmission and any attachments without reading or saving in any manner. Thank you.

-----Original Message-----
From: Jeffrey L. Smoot <Smoot@OLES.com>
To: marshahonda <marshahonda@aol.com>
Cc: Dmoewes <Dmoewes@aol.com>
Sent: Mon, Jul 28, 2014 9:42 am
Subject: RE: Lorenz

Marsha,

My clients will stipulate to a two-week extension of the deadline to object to discharge for the trustee only. Will you send me a proposed stipulation and order?

Thank you.

Jeffrey L. Smoot | Partner

**From:** Jeffrey L. Smoot <Smoot@OLES.com>
**To:** marshahonda <marshahonda@aol.com>
**Subject:** 59Lorenz-2ndAgreedOrderExtendingDeadlinetoObjecttoDischarge.rtf
**Date:** Tue, Jul 29, 2014 11:00 am
**Attachments:** 59Lorenz-2ndAgreedOrderExtendingDeadlinetoObjecttoDischarge.rtf (82K)

I changed my law firm name in the signature block. Otherwise, this is fine. Thank you.

Jeffrey L. Smoot | Partner

**Oles Morrison Rinker & Baker, LLP**
701 Pike Street, Suite 1700 | Seattle, WA 98101
O: 206.623.3427 | F: 206.682.6234
smoot@oles.com | www.oles.com

This e-mail may contain confidential information which is legally privileged. The information is solely for the use of the addressee(s) named above. If you are not the intended recipient, any disclosure, copying, distribution or other use of the contents of this information is strictly prohibited. If you have received this e-mail in error, please notify us by return e-mail and delete this message. Thank you.

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com